UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ELLIS, JAMES SCHILLINGER, and RONALD LAZAR, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, N.A., and CHASE HOME FINANCE LLC,<br><br>Defendants. | Case No.: 12-cv-03897-YGR<br><br>**ORDER REGARDING ORDER TO SHOW CAUSE AND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE** |

On April 19, 2013, the Court issued an Order to Show Cause to Plaintiffs' counsel, Roland Tellis, concerning the filing of an *Ex Parte* Application for Leave to File Supplemental Request for Judicial Notice in Opposition to Chase Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(1). (Dkt. Nos. 27 & 25.) Mr. Tellis filed a timely response. (Dkt. No. 28.)

Having reviewed and considered the written response to the Order to Show Cause, the Court **VACATES** the hearing scheduled for May 3, 2013 at 9:01 a.m. While no further action will be taken with respect to the Order to Show Cause, the Court cautions all parties against filing unauthorized briefings and advises the parties to thoroughly review the Local Rules prior to filing documents in this action.

The Court has reviewed Plaintiffs' *Ex Parte* Application and Defendants' response thereto. While Defendants opposed Plaintiffs' *Ex Parte* Application, they do not object to the submission of the Amended Consent Order itself. In light of their agreement, the Court **DENIES** the *Ex Parte*

Application at Dkt. No. 25 as moot. The parties shall file a stipulation *jointly* attaching the Amended Consent Order for the Court to consider on the pending motion to dismiss.

No further briefing or argument may be filed regarding the pending motion to dismiss without *prior leave of Court*. The Court will consider the arguments raised by the parties in the *Ex Parte* Application and response thereto.

This Order terminates Dkt. No. 25.

**IT IS SO ORDERED.**

Dated: April 26, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**