Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone:   (818) 839-2333
Facsimile:    (818) 986-9698

Attorneys for Plaintiffs
DIANA ELLIS, JAMES SCHILLINGER,
and RONALD LAZAR, individually, and on
behalf of other members of the public
similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ELLIS, JAMES SCHILLINGER, and RONALD LAZAR, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation, J.P. MORGAN CHASE BANK, N.A., a national association, and CHASE HOME FINANCE LLC, a Delaware limited liability company,<br><br>Defendants. | Case Number:  4:12-cv-03897-YGR<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF INTENT TO STAND ON FIRST, FOURTH, AND FIFTH CLAIMS AS PLED IN THEIR COMPLAINT**<br><br>Action Filed:   July 24, 2012<br>Trial Date:      None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

  Plaintiffs Diana Ellis, James Schillinger, and Ronald Lazar ("Plaintiffs"), individually, and on behalf of all other members of the public similarly situated, hereby give notice of their intent to stand on the first, fourth, and fifth claims as pled in their Complaint (Dkt. No. 1).

  Furthermore, consistent with the Court's June 13, 2013 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (Dkt. No. 31), Plaintiffs intend to seek discovery from J.P. Morgan Chase & Co., J.P. Morgan Chase Bank, N.A., and Chase Home Finance LLC (collectively, "Defendants") concerning the dismissed RICO claims, and if such discovery reveals a factual basis to support the dismissed RICO claims, Plaintiffs will file a motion for leave to amend their Complaint to reassert those claims against Defendants.  (*See* Dkt. No. 31 at 38:24-28.)

Dated:  June 21, 2013    BARON & BUDD, P.C.

          By: /s/ Mark Pifko
            Mark Pifko

           Daniel Alberstone (SBN 105275)
           dalberstone@baronbudd.com
           Roland Tellis (SBN 186269)
           rtellis@baronbudd.com
           Mark Pifko (SBN 228412)
           mpifko@baronbudd.com
           BARON & BUDD, P.C.
           15910 Ventura Boulevard, Suite 1600
           Encino, California  91436
           Telephone: (818) 839-2333
           Facsimile: (818) 986-9698

           Attorneys for Plaintiffs
           DIANA ELLIS, JAMES SCHILLINGER,
           and RONALD LAZAR, individually, and
           on behalf of other members of the general
           public similarly situated