(SPACE BELOW FOR FILING STAMP ONLY)

**SCHLEE, HUBER, MCMULLEN & KRAUSE, P.C.**
LOUIS A. HUBER, III (CA# 156378)
4050 PENNSYLVANIA, SUITE 300
P.O. BOX 32430
KANSAS CITY, MO 64171-5430
Telephone: 816-931-3500
Facsimile: 816-931-3553
lhuber@schleehuber.com
ATTORNEYS FOR NON-PARTY SUBPOENA RESPONDENT
NATIONS VALUATION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIANA ELLIS, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> J. P. MORGAN CHASE & CO., et al., <br><br> DEFENDANTS. | Case No.: 4:12-cv-03897-YGR <br><br> Action Filed: July 24, 2012 <br><br> Assigned to: The Honorable Yvonne Gonzalez Rogers |

### OBJECTION TO SUBPOENA

Nations Valuation Services, Inc., by and through its attorney of record, pursuant to Rule 45(d) (2) (B) makes the following objections to the Subpoena served by plaintiffs on December 20, 2013, a copy of which is attached as <u>Exhibit A</u>:

1.  The Subpoena is overbroad because it seeks the production of numerous documents unrelated to the allegations in the case such as documents relating to "all default-related services".

2.  The Subpoena requires the production of Confidential Information concerning the borrowers that is protected by federal and state law and/or information received from Chase through a confidential vendor relationship.

1

**NON-PARTY SUBPOENA RESPONDENT NATIONS VALUATION SERVICES, INC'S OBJECTION TO SUBPOENA**
**Case No.: 4:12-cv-03897-YGR**

SCHLEE, HUBER, McMULLEN & KRAUSE, P.C.

3. The subpoena is overbroad in that it requires production of materials back to 2001.

4. The subpoena for a "sampling" of reports is vague and indefinite and does not give Nations Valuation Services, Inc. sufficient information to respond.

5. The Subpoena requires Nations Valuation Services, Inc., a non-party, to incur significant expense.

6. The time for compliance is unreasonably short.

Pursuant to Rule 45 (d), Nations Valuation Services will not comply with the aforementioned Subpoena absent an order from a Court of competent jurisdiction.

DATED: January 3, 2014

                                              SCHLEE HUBER McMULLEN & KRAUSE, P.C.

By: _____
     LOUIS A. HUBER, III
     Attorney for Non-Party Subpoena Respondent
     Nations Valuation Services, Inc.

## CERTIFICATE OF SERVICE

**Diana Ellis, et al. v. J.P. Morgan Chase & Co., et al.**
**Case No.: 4:12-cv-03897-YGR**

I am employed in the County of Jackson, State of Missouri. I am over the age of 18 and not a party to the within action; my business address is 4050 Pennsylvania, Suite 300, Kansas City, Missouri 64171-3041.

On January 3, 2014, I served the forgoing document described as **OBJECTION TO SUBPOENA** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X) **BY MAIL**, by placing a true copy thereof, in a sealed envelope to the addressee(s) on the attached service list, and depositing the same into the United States mail at the address located set forth hereinabove, with sufficient first-class postage thereon pre-paid.

( ) **BY PERSONAL SERVICE**, by personally delivering the same to the addressee(s) listed on the attached service list.

( ) **BY FACSIMILE**, by transmitting by facsimile transmission a true and correct copy of the same to the addressee(s) listed on the attached service list.

( ) **BY FEDERAL EXPRESS**, by placing a true copy thereof, in a sealed envelope to the addressee(s) on the attached service list, and depositing the same into the Federal Express mail drop at the address located set forth herinabove, postage pre-paid.

( ) **BY ELECTRONIC MAIL**, by transmitting via electronic mail to the addressee(s) listed on the attached service list.

I certify under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 3, 2014, at Kansas City, Missouri.

Lisa Sprouse

## SERVICE LIST

Andrew Cvitanovic, Esq.
Cossich, Sumich, Parsiola and Taylor
8397 Hwy. 23, Suite 100
Belle Chasse, LA 70037
Telephone: 504-394-9000
Facsimile: 504-394-9110
Email: andrewcvitanovic@cossichlaw.com
**ATTORNEY FOR PLAINTIFFS**