UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ELLIS, et al.,<br><br>    Plaintiffs.<br><br>v.<br><br>J.P. MORGAN CHASE & CO., et al.,<br><br>    Defendants. | Case No. 12-cv-03897-YGR   (JCS)<br><br>**NOTICE OF REFERENCE; ORDER FOR ADDITIONAL BRIEFING**<br><br>Re: Dkt. No. 69 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for discovery regarding the Joint Discovery Letter, ECF No. 69, Issue Four (IV) at page 5: Chase's Communications with Vendors.

IT IS HEREBY ORDERED that the parties shall submit further briefing only as to Issue Four (IV) as follows:

1. Plaintiff shall file an opening brief, not to exceed ten (10) pages, by **February 12, 2014.**

2. Defendant shall file an opposition brief, not to exceed ten (10) pages, by **February 19, 2014.**

3. Plaintiff shall file a reply brief, not to exceed five (5) pages, by **February 24, 2014.**

4. Defendant shall submit to the Court for *in camera* review the December 18, 2013 Letter by **February 19, 2014.**

The Court, after reviewing the papers in this matter, will decide what additional proceedings, if any, shall be scheduled.

1  **ELECTRONIC FILING AND COURTESY COPIES**

2  Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of
3  California for information relating to electronic filing procedures and requirements.  All
4  documents shall be filed in compliance with the Civil Local Rules.  Documents not filed in
5  compliance with those rules will not be considered by the Court.

6  BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC
7  FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE
8  **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S
9  CHAMBERS' COPY."  All filings of documents relating to motions referred to the undersigned
10 shall list the civil case number and the district court judge's initials followed by the designation
11 "(JCS)".

12 The failure of counsel or a party to abide by this Order may result in sanctions pursuant to
13 Fed. R. Civ. P. 16(f).

14 **IT IS SO ORDERED.**

15 Dated: February 5, 2014

                                        _____
                                        JOSEPH C. SPERO
                                        United States Magistrate Judge