**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DIANA ELLIS, ET AL.,** | Case No.: 12-CV-3897 YGR |
| Plaintiffs, | **ORDER REQUESTING STATUS UPDATE** |
| v. | |
| **J.P. MORGAN CHASE & CO. ET AL.,** | |
| Defendants, | |
| **AND CONSOLIDATED ACTIONS.** | |

On November 6, 2013, the Court entered a Case Management and Pretrial Order in this action. (Dkt. No. 66.) As the discovery deadlines set therein near, the Court requests that the parties jointly submit a statement of not more than three pages no later than April 23, 2014, apprising the Court of the status of this litigation.

**IT IS SO ORDERED**.

Date: April 18, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**