UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DIANA ELLIS, ET AL.,**

    Plaintiffs,

  v.

**J.P. MORGAN CHASE & CO., ET AL.,**

    Defendants.

Case No. 12-cv-03897-YGR

**ORDER SETTING COMPLIANCE HEARING**

The Court, having considered the parties' renewed request for a pretrial conference and Judge Spero's recent discovery rulings, hereby **SETS** a compliance hearing regarding the parties' present need for deadline extensions. (Dkt. No. 111.) Said hearing shall be held on **Friday, December 12, 2014**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a Joint Statement summarizing the status of the litigation and apprising the Court of any need for deadline extensions, and if so, an accompanying proposed form of order; or (b) a one-page Joint Statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: November 20, 2014

                                                  _____
                                                  **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT**

United States District Court
Northern District of California