BARON & BUDD P.C.
Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
15910 Ventura Boulevard , Suite 1600
Encino, California  91436
Telephone:   818. 839.2333
Facsimile:    818.986.9698

Attorneys for Plaintiffs
Diana Ellis, James Schillinger and Ronald Lazar, individually, and on behalf of other members of the public similarly situated

ARNOLD & PORTER LLP
Peter Obstler (No. 171623)
peter.obstler@aporter.com
Jee Young You (No. 241658)
jeeyoung.you@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  415.471.3100
Facsimile: 415.471.3400

Attorneys for Defendants
JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. for itself and as successor by merger to Chase Home Finance LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ELLIS, JAMES SCHILLINGER, RONALD LAZAR, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation, J.P. MORGAN CHASE BANK, N.A., a national association, for itself and as successor by merger to Chase Home Finance, LLC, and CHASE HOME FINANCE LLC, a Delaware limited liability company,<br><br>Defendants. | Case Number:  4:12-cv-3897-YGR<br>**CLASS ACTION**<br><br>[Related to Case Nos. C-12-00664-YGR, C-12-3892-YGR,]<br><br>**JOINT STATEMENT AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:           Yvonne Gonzalez Rogers<br>Action filed:  July 24, 2012<br>Trial Date:    None Set |

Plaintiffs Diana Ellis, James Schillinger and Ronald Lazar ("Plaintiffs") and JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., for itself and as the successor by merger to Chase Home Finance ("Chase" or "Defendants") (together, the "Parties") respectfully submit: (i) a Joint Statement summarizing the status of the litigation and apprising the Court of the need for a brief modification of the remaining pretrial deadlines relating to mediation and expert disclosures only; and (ii) an accompanying proposed form of order (the "Proposed Order").[1]  *None of the proposed changes to the case schedule will move any currently-set hearing dates or court-filing deadlines*.

I. **JOINT STATEMENT**

Although the Parties have engaged in diligent efforts to gather and analyze voluminous and complex loan transaction data ("loan level data") concerning the number of property inspections Chase charged to borrowers and the amounts paid by such borrowers on millions of Chase loans, the Parties agree that certain pending pretrial dates relating to mediation, expert disclosures, and expert discovery should be briefly extended in order to allow the Parties' experts sufficient time to analyze such information in connection with the preparation of their expert reports.  Accordingly, the Parties respectfully propose a brief extension of the following dates, none of which affect any hearing date or court filing deadline:

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Disclosure of Experts: Opening | February 20, 2015 | March 6, 2015 |
| Disclosure of Experts: Rebuttal | March 24, 2015 | March 31, 2015 |
| Mediation Cutoff | March 16, 2015 | May 1, 2015 |

---

[1] This request is limited to this case only.  Plaintiffs do not request any extension of the deadlines in the related cases, *Bias, et al. v. Wells Fargo & Co., et al.* and *Stitt, et al. v. Citibank, N.A., et al.*

The Parties believe that the requested modification to the case schedule is warranted for the following reasons:

As of early November 2014, Chase had produced loan level data for approximately 1.5 million loans dating back to 2008. Additionally, on January 27, 2015, pursuant to Judge Spero's October 29, 2014 Order (Dkt. 119), Chase produced additional loan level data dating back to 2001. Finally, over the course of the past 60 days, Chase performed certain validation and testing of its loan level data and produced to Plaintiffs certain additional, updated loan level data files. However, within the past week, Chase's counsel informed Plaintiffs' counsel that Chase has located some additional loan level data concerning a bank acquired by Chase, and that Chase will complete its production of such data by February 11, 2015.

On November 13, 2014, Plaintiffs took the deposition of Chase's person most qualified, pursuant to Rule 30(b)(6), with respect to the loan level data that Chase had produced as of that date. That deposition revealed, among other things, the challenges and difficulty in reconciling Chase' loan level data as a result of various "heritage" systems -- historical systems used by a series of predecessor institutions -- which used different software codes, transactional codes and methods of recording property inspections fees assessed and paid. As a result of that deposition, the Parties agreed that Chase would produce additional data and an additional witness to testify on Chase's behalf once Chase completed production of the loan level data ordered by Judge Spero. In that regard, on February 5, 2015, Plaintiffs took the continued deposition of Chase's 30(b)(6) designee with respect to Chase's loan level data. Again, challenges with respect to the integration of the various heritage systems became apparent and, based on the testimony provided during the February 5 deposition, Plaintiffs have requested, and Chase has agreed, to produce additional data concerning the property inspection fees paid by borrowers.

As a result of the above, the Parties and their experts will essentially have less than two weeks to analyze all of Chase's loan level data housed on various "heritage" systems

for millions of loans before the current initial expert report deadline of February 20, 2015. Therefore, a modest extension to the expert disclosure and expert discovery dates will ensure that each of the Parties' experts, and the Court, will have the best available information concerning the number of property inspection fees Chase charged to borrowers and the amounts paid by those borrowers. Providing the Parties' experts with a thorough opportunity to analyze such information for purposes of their expert witness reports serves the best interests of all involved, including the Court and, ultimately, the trier of fact.

## II. CONCLUSION

For all of the following reasons, the Parties respectfully request that the following deadlines set in the December 2, 2014 Order (ECF No. 134) be extended as follows:

1. Disclosure of Experts - Opening: March 6, 2015
2. Disclosure of Experts - Rebuttal: March 31, 2015
3. Mediation Cutoff: May 1, 2015

Dated:  February 9, 2015

Respectfully Submitted,

BARON & BUDD P.C.

By:   /s/ Roland Tellis

Daniel Alberstone (SBN 105275)
Roland Tellis (SBN 186269)
Mark Pifko (SBN 228412)
15910 Ventura Boulevard , Suite 1600
Encino, California  91436
Telephone:   (818) 839-2333
Facsimile:   (818) 986-9698

Marguerite K. Kingsmill (admitted *pro hac vice*)
mkingsmill@kingsmillriess.com
Charles B. Colvin (admitted *pro hac vice*)
ccolvin@kingsmillriess.com
KINGSMILL RIESS, L.L.C.
201 St. Charles Avenue, Suite 3300
New Orleans, LA 70170
Telephone:   (504) 581-3300
Facsimile:    (504) 581-3310

Philip F. Cossich, Jr. (admitted *pro hac vice*)
David A. Parsiola (admitted pro hac vice)
COSSICH, SUMICH, PARSIOLA &
TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, Louisiana  70037
Telephone:   (504) 394-9000
Facsimile:    (504) 394-9110

Attorneys for Plaintiffs
Diana Ellis, James Schillinger and Ronald Lazar, individually, and on behalf of other members of the public similarly situated


ARNOLD & PORTER LLP


By:  ___/s/ Peter Obstler_____

Peter Obstler (No. 171623)
Jee Young You (No. 241658)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for Defendants
JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. for itself and as successor by merger to Chase Home Finance LLC

**[PROPOSED] ORDER**

The Court, having reviewed the contents of the Parties' Joint Statement, and finding good cause therein, hereby orders that the following deadlines set in the December 2, 2014 Order (ECF No. 134) be extended as follows:

1. Disclosure of Experts - Opening: March 6, 2015
2. Disclosure of Experts - Rebuttal: March 31, 2015
3. Mediation Cutoff:  May 1, 2015

Dated:  February 10, 2015

_____
Hon. Yvonne Gonzalez Rogers
Judge of the United States District Court