1  Robert D. Wick (*pro hac vice* / rwick@cov.com)
   COVINGTON & BURLING LLP
2  One CityCenter
   850 Tenth Street NW
3  Washington, DC 20001
   Telephone: (202) 662-6000
4  Facsimile: (202) 662-6291

5  David M. Jolley (SBN 191164 /djolley@cov.com)
   COVINGTON & BURLING LLP
6  One Front Street
   San Francisco, CA 94111
7  Telephone: (415) 591-6000
   Facsimile: (415) 591-6091
8
   *Attorneys for Defendants JPMorgan*
9  *Chase & Co. and JPMorgan Chase Bank, N.A.,*
   *individually and as successor by merger to*
10 *Chase Home Finance LLC*

11

12                UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                        OAKLAND DIVISION

15

16 | DIANA ELLIS, JAMES SCHILLINGER, | Civil Case No.: 4:12-cv-03897-YGR
   | and RONALD LAZAR, individually, and |
17 | on behalf of other members of the public | [Related to Case Nos. C-12-00664-YGR, C-
   | similarly situated, | 12-3892-YGR]
18 |  |
   | Plaintiffs, | **[PROPOSED] ORDER MODIFYING**
19 |  | **HEARING DATE AND BRIEFING**
   | v. | **SCHEDULE ON**
20 |  | **PLAINTIFFS' MOTION TO STRIKE**
   | J.P. MORGAN CHASE & CO., a Delaware | **(DKT. NO. 191)**
21 | corporation, J.P. MORGAN CHASE |
   | BANK, N.A., a national association, for |
22 | itself and as successor by merger to Chase |
   | Home Finance, LLC, and CHASE HOME |
23 | FINANCE LLC, a Delaware limited |
   | liability company, |
24 |  |
   | Defendants. |
25

26

27

28

1       Plaintiffs have filed a motion to strike certain evidence submitted by Defendants relating to Plaintiffs' class certification motion. *See* Dkt. No. 191 (the "Motion"). Although the Motion was originally noticed for a hearing on September 8, 2015, the parties have filed a letter (Dkt. No. 199) asking the Court to advance the hearing on that Motion to September 1, 2015, the same date on which Plaintiffs' class certification motion has been set for a hearing.

      Accordingly, IT IS HEREBY ORDERED that:

    1.    The hearing on the Motion is rescheduled to September 1, 2015 at 2:00 p.m.

    2.    Plaintiffs shall file any reply memorandum in further support of the Motion no later than 9:00 a.m. on August 24, 2015.

Dated: August 21, 2015

By: _____
Hon. Yvonne Gonzalez Rogers
U.S. District Judge