## DEVINE DECLARATION

# EXHIBIT G



# Loan Results

**Summary Version**

**Additional Information**

[Loan Results (detail version)]
[Property Notes]
[AVM History]

[Property Maintenance]
[Loan Documents]

**FNFS0055**

**Customer Name:** 396
**Loan Number:** REDACTED
**Mortgagor:** XXXXXXXXXXXX
**Address:** 1648 N BEVERLY DR
0
BEVERLY HILLS , CA 90210

**Loan Type:** CONVENTIONAL
**Initial Secure Date:**
**Last Secure Date:**

*Red color means incomplete work order*
*Blue color means incomplete work order*
*Green color means Grass Cut work order*

**# of Units:** 1
**Spent to Date:** $340.00
**means cancelled bid*
**First Final Date:**
**Lock Box Code:**
**Foreclosure Sale Date:**

---

**Sequence #:** 75030803 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 01/24/2012 **Performed:** 01/27/2012 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 01/30/2012
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $14.00
**Work Order Type:**

---

**Sequence #:** 74304522 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 12/27/2011 **Performed:** 12/28/2011 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 12/30/2011
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $14.00
**Work Order Type:**

---

**Sequence #:** 73599153 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 11/25/2011 **Performed:** 11/27/2011 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 11/29/2011
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $14.00
**Work Order Type:**



# Loan Results

**Summary Version**

**Additional Information**

[Loan Results (detail version)]
[Property Notes]
[AVM History]

[Property Maintenance]
[Loan Documents]

**FNFS0055**

**Sequence #:** 72871461 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 10/25/2011 **Performed:** 10/28/2011 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 11/01/2011
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $14.00
**Work Order Type:**

**Sequence #:** 72083925 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 09/26/2011 **Performed:** 09/30/2011 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 10/03/2011
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $14.00
**Work Order Type:**

**Sequence #:** 71320976 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 08/22/2011 **Performed:** 08/25/2011 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 08/29/2011
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $14.00
**Work Order Type:**



# Loan Results

**Summary Version**

**Additional Information**

**Loan Results (detail version)**
**Property Notes**
**AVM History**

**Property Maintenance**
**Loan Documents**

FNFS0055

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sequence #:** 70619240 | **Bid #:** | **Final:** NO | **Assigned:** | | | |
| **Rep #:** 63244 | | **Ordered:** 07/19/2011 | **Performed:** 07/20/2011 | **Documents** | | |
| **Rush:** | | **Cancelled:** | **Updated:** | | | |
| **Occupancy:** OCCUPIED - BY NAME UNKNOWN | | | **Invoiced:** 07/22/2011 | | | |
| **Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - | | | **Cost:** $14.00 | | | |
| **Work Order Type:** | | | | | | |

| | | | | |
|---|---|---|---|---|
| **Sequence #:** 69591855 | **Bid #:** | **Final:** NO | **Assigned:** | |
| **Rep #:** 63244 | | **Ordered:** 06/07/2011 | **Performed:** 06/09/2011 | **Documents** |
| **Rush:** | | **Cancelled:** | **Updated:** | |
| **Occupancy:** OCCUPIED - BY NAME UNKNOWN | | | **Invoiced:** 06/13/2011 | |
| **Description:** PROPERTY INSPECTION - NO-CONTACT INSPECTION - INVOICED - | | | **Cost:** $14.00 | |
| **Work Order Type:** | | | | |

| | | | | |
|---|---|---|---|---|
| **Sequence #:** 68821962 | **Bid #:** | **Final:** NO | **Assigned:** | |
| **Rep #:** 63244 | | **Ordered:** 04/29/2011 | **Performed:** 05/07/2011 | **Documents** |
| **Rush:** | | **Cancelled:** | **Updated:** | |
| **Occupancy:** OCCUPIED - BY NAME UNKNOWN | | | **Invoiced:** 05/10/2011 | |
| **Description:** PROPERTY INSPECTION - NO-CONTACT INSPECTION - INVOICED - | | | **Cost:** $14.00 | |
| **Work Order Type:** | | | | |



# Loan Results

**Summary Version**

**Additional Information**

Loan Results (detail version)
Property Notes
AVM History

Property Maintenance
Loan Documents

FNFS0055

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sequence #:** 68105482 | **Bid #:** | **Final:** NO | **Assigned:** | | | |
| **Rep #:** 63244 | | **Ordered:** 03/22/2011 | **Performed:** 03/29/2011 | Documents | | |
| **Rush:** | | **Cancelled:** | **Updated:** | | | |
| **Occupancy:** OCCUPIED - BY NAME UNKNOWN | | | **Invoiced:** 03/31/2011 | | | |
| **Description:** PROPERTY INSPECTION - NO-CONTACT INSPECTION - INVOICED - | | | **Cost:** $14.00 | | | |
| **Work Order Type:** | | | | | | |

| | | | | |
|---|---|---|---|---|
| **Sequence #:** 67123404 | **Bid #:** | **Final:** NO | **Assigned:** | |
| **Rep #:** 63244 | | **Ordered:** 02/15/2011 | **Performed:** 02/18/2011 | Documents |
| **Rush:** | | **Cancelled:** | **Updated:** | |
| **Occupancy:** OCCUPIED - BY NAME UNKNOWN | | | **Invoiced:** 02/21/2011 | |
| **Description:** PROPERTY INSPECTION - NO-CONTACT INSPECTION - INVOICED - | | | **Cost:** $14.00 | |
| **Work Order Type:** | | | | |

| | | | | |
|---|---|---|---|---|
| **Sequence #:** 66278467 | **Bid #:** | **Final:** NO | **Assigned:** | |
| **Rep #:** 63244 | | **Ordered:** 01/11/2011 | **Performed:** 01/14/2011 | Documents |
| **Rush:** | | **Cancelled:** | **Updated:** | |
| **Occupancy:** OCCUPIED - BY NAME UNKNOWN | | | **Invoiced:** 01/17/2011 | |
| **Description:** PROPERTY INSPECTION - NO-CONTACT INSPECTION - INVOICED - | | | **Cost:** $14.00 | |
| **Work Order Type:** | | | | |



# Loan Results
**Summary Version**

**Additional Information**

**Loan Results (detail version)**
**Property Notes**
**AVM History**

**Property Maintenance**
**Loan Documents**

**FNFS0055**

---

**Sequence #:** 65471267 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 12/07/2010 **Performed:** 12/10/2010 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 12/13/2010
**Description:** PROPERTY INSPECTION - NO-CONTACT INSPECTION - INVOICED - **Cost:** $14.00
**Work Order Type:**

---

**Sequence #:** 64743696 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 11/02/2010 **Performed:** 11/05/2010 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 11/08/2010
**Description:** PROPERTY INSPECTION - NO-CONTACT INSPECTION - INVOICED - **Cost:** $14.00
**Work Order Type:**

---

**Sequence #:** 63963621 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 09/27/2010 **Performed:** 10/01/2010 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 10/05/2010
**Description:** PROPERTY INSPECTION - NO-CONTACT INSPECTION - INVOICED - **Cost:** $14.00
**Work Order Type:**

---



# Loan Results

**Summary Version**

**Additional Information**

Loan Results (detail version)
Property Notes
AVM History

Property Maintenance
Loan Documents

FNFS0055

**Sequence #:** 63161246 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 08/20/2010 **Performed:** 08/25/2010 Documents
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 08/27/2010
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $14.00
**Work Order Type:**

**Sequence #:** 62216787 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 07/16/2010 **Performed:** 07/20/2010 Documents
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 07/22/2010
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $14.00
**Work Order Type:**

**Sequence #:** 61350484 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63244 **Ordered:** 06/14/2010 **Performed:** 06/15/2010 Documents
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 06/18/2010
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $14.00
**Work Order Type:**



# Loan Results

**Summary Version**

**Additional Information**

Loan Results (detail version)
Property Notes
AVM History

Property Maintenance
Loan Documents

FNFS0055

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sequence #:** | 60617705 | **Bid #:** | **Final:** | NO | **Assigned:** | | | |
| **Rep #:** | 63244 | | **Ordered:** | 05/10/2010 | **Performed:** | 05/12/2010 | Documents |
| **Rush:** | | | **Cancelled:** | | **Updated:** | | |
| **Occupancy:** | OCCUPIED - BY NAME UNKNOWN | | | | **Invoiced:** | 05/13/2010 | |
| **Description:** | PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - | | | | **Cost:** | $14.00 | |
| **Work Order Type:** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Sequence #:** | 59831556 | **Bid #:** | **Final:** | NO | **Assigned:** | | |
| **Rep #:** | 63244 | | **Ordered:** | 03/30/2010 | **Performed:** | 04/07/2010 | Documents |
| **Rush:** | | | **Cancelled:** | | **Updated:** | | |
| **Occupancy:** | OCCUPIED - BY NAME UNKNOWN | | | | **Invoiced:** | 04/12/2010 | |
| **Description:** | PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - | | | | **Cost:** | $10.85 | |
| **Work Order Type:** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Sequence #:** | 59016971 | **Bid #:** | **Final:** | NO | **Assigned:** | | |
| **Rep #:** | 63244 | | **Ordered:** | 02/19/2010 | **Performed:** | 02/26/2010 | Documents |
| **Rush:** | | | **Cancelled:** | | **Updated:** | | |
| **Occupancy:** | OCCUPIED - BY NAME UNKNOWN | | | | **Invoiced:** | 03/01/2010 | |
| **Description:** | PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - | | | | **Cost:** | $10.85 | |
| **Work Order Type:** | | | | | | | |



# Loan Results

**Summary Version**

**Additional Information**

**Loan Results (detail version)**
**Property Notes**
**AVM History**

**Property Maintenance**
**Loan Documents**

**FNFS0055**

**Sequence #:** 52135473 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63014 **Ordered:** 04/23/2009 **Performed:** 04/24/2009 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 05/01/2009
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $10.85
**Work Order Type:**



**Sequence #:** 51288401 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63153 **Ordered:** 03/17/2009 **Performed:** 03/28/2009 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 04/01/2009
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $10.85
**Work Order Type:**



**Sequence #:** 50573065 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63014 **Ordered:** 02/09/2009 **Performed:** 02/18/2009 **Documents**
**Rush:** **Cancelled:** **Updated:**
**Occupancy:** OCCUPIED - BY NAME UNKNOWN **Invoiced:** 02/27/2009
**Description:** PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - **Cost:** $10.85
**Work Order Type:**



**Sequence #:** 50066841 **Bid #:** **Final:** NO **Assigned:**
**Rep #:** 63014 **Ordered:** 01/14/2009 **Performed:** **Documents**
**Rush:** **Cancelled:** 01/21/2009 **Updated:**
**Occupancy:** **Invoiced:** 02/02/2009
**Description:** PROPERTY INSPECTION - NO-CONTACT INSPECTION - CANCELLED - **Cost:** $0.00
**Work Order Type:**

Page 9 of 10

Page 8

# Loan Results

**Summary Version**

**Additional Information**

**Loan Results (detail version)**
**Property Notes**
**AVM History**

**Property Maintenance**
**Loan Documents**

**FNFS0055**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sequence #:** | 48307264 | **Bid #:** | **Final:** NO | **Assigned:** | | |
| **Rep #:** | 63014 | | **Ordered:** 12/08/2008 | **Performed:** | 12/19/2008 | **Documents** |
| **Rush:** | | | **Cancelled:** | **Updated:** | | |
| **Occupancy:** | OCCUPIED - BY NAME UNKNOWN | | | **Invoiced:** | 01/02/2009 | |
| **Description:** | PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - | | | **Cost:** | $10.85 | |
| **Work Order Type:** | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sequence #:** | 45943254 | **Bid #:** | **Final:** NO | **Assigned:** | | |
| **Rep #:** | 62533 | | **Ordered:** 07/08/2008 | **Performed:** | 07/11/2008 | **Documents** |
| **Rush:** | | | **Cancelled:** | **Updated:** | | |
| **Occupancy:** | OCCUPIED - BY NAME UNKNOWN | | | **Invoiced:** | 08/01/2008 | |
| **Description:** | PROPERTY INSPECTION - Occupancy with Doorhanger - INVOICED - | | | **Cost:** | $8.90 | |
| **Work Order Type:** | | | | | | |

**Total Expense:** $340.00

Page 9

CONFIDENTIAL
Devine Declaration - Exhibit G
DEVINE0820
JPMCELLIS0515581

https://fieldscapeapps.lpsfs.com/webrpts/FNFS0055_yzupceuxwo.html 2/2/2015

Page 10 of 10

CONFIDENTIAL
Devine Declaration - Exhibit G
DEVINE0821
JPMCELLIS0515582
https://fieldscapeapps.lpsfs.com/webrpts/FNFS0055_yzupceuxwo.html
2/2/2015