**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DIANA ELLIS,** *et al.***,** | Case No.: 12-cv-03897- YGR |
| Plaintiffs, | **ORDER VACATING HEARING** |
| vs. | |
| **J.P. MORGAN CHASE &CO.,** *et al.***,** | Re: Dkt. No. 250 |
| Defendants. | |

The hearing on plaintiffs' motion for an order entitling plaintiffs to a catalyst fee award (Dkt. No. 250) currently set for May 24, 2016, is **VACATED** to be reset by the Court if necessary.

**IT IS SO ORDERED**.

Dated: May 19, 2016

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California