Robert D. Wick (*pro hac vice* / rwick@cov.com)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

David M. Jolley (SBN 191164 / djolley@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIANA ELLIS, JAMES SCHILLINGER, and RONALD LAZAR, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO., a Delaware corporation, JPMORGAN CHASE BANK, N.A., a national association, for itself and as successor by merger to Chase Home Finance, LLC, and CHASE HOME FINANCE LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Case No.: 4:12-cv-03897-YGR<br><br>[Related to Case Nos. C-12-00664-YGR, C-12-3892-YGR]<br><br>**[PROPOSED] FINAL JUDGMENT** |

1  This Court has granted summary judgment in favor of Defendants JPMorgan Chase & Co. and
2  JPMorgan Chase Bank, N.A., on behalf of itself and as successor by merger to Chase Home Finance
3  LLC (collectively, "Defendants"). *See* Dkt. No. 287.  This Court also has resolved all outstanding
4  motions and other matters related to this case.

5  Accordingly, final judgment is entered in favor of Defendants and against Plaintiffs. The Clerk
6  of the Court shall close this file.

7  **IT IS SO ORDERED.**

9  Date: October 13, 2016

   _____
   Hon. Yvonne Gonzalez Rogers
   United States District Judge

13 Submitted by:                                COVINGTON & BURLING LLP

                                                By:  /s/  David M. Jolley

                                                Robert D. Wick (*pro hac vice*)
                                                rwick@cov.com
                                                COVINGTON & BURLING LLP
                                                One CityCenter
                                                850 Tenth Street NW
                                                Washington, DC 20001
                                                Telephone: (202) 662-6000
                                                Facsimile: (202) 662-6291

                                                David M. Jolley (SBN 191164)
                                                djolley@cov.com
                                                COVINGTON & BURLING LLP
                                                One Front Street
                                                San Francisco, CA 94111
                                                Telephone: (415) 591-6000
                                                Facsimile: (415) 591-6091

                                                *Attorneys for Defendants JPMorgan Chase & Co.
                                                and JPMorgan Chase Bank, N.A., individually
                                                and as successor by merger to Chase Home
                                                Finance LLC*

| | | |
|---|---|---|
| Approved as to form by: | | BARON & BUDD, P.C. |
| | By: | /s/ Roland Tellis |

Daniel Alberstone (SBN 105275)
Roland Tellis (SBN 186269)
Mark Pifko (SBN 228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard , Suite 1600
Encino, California  91436
Telephone:     (818) 839-2333
Facsimile:      (818) 986-9698

*Attorneys for Plaintiffs Diana Ellis, James Schillinger and Ronald Lazar*